| | |
|---|---|
| Name of Insured: River Valley Forensic Services P.A. | NOTE: DO NOT CANCEL POLICY - ONLY REMOVE MICHAEL MCGEE MD |
| Address: 300 East University Avenue | |
| City: Saint Paul    State: MN    ZIP: 55130 | |
| Policy Number: MP116894 AND PRIOR POLICY NUMBER WAS MP71336 | |

### AFFIDAVIT OF RETIREMENT FORM, AND/OR CESSATION OF, THE PRACTICE OF MEDICINE

The undersigned, Michael B. McGee, hereby certifies as follows:

1. I am currently insured by ProAssurance under a Health Care Professional Insurance Policy as identified by the Policy Number above.

2. I have been insured continuously under the Policy since 01/10/2010.

3. I am currently 74 years of age.

4. I permanently and totally retired from the practice of medicine, or I intend to permanently and totally retire from the practice of medicine, on December 31st, 2022. My present intention is not to engage in the practice of medicine for monetary or financial compensation in any form at any location either full-time or part-time at any time in the future.

5. I have submitted this Affidavit in order to induce ProAssurance to issue a Reporting Endorsement to me under the Policy either without payment of any additional premium or at a premium discount. I request that ProAssurance waive or discount the normal premium charge for a Reporting Endorsement in reliance upon my representations contained in this Affidavit.

6. I agree that if either (a) any representation contained in this Affidavit should be inaccurate or (b) I should recommence the practice of medicine for monetary or financial compensation at any time within five (5) years after the date of this Affidavit, I will pay to ProAssurance such premium (or additional premium) as would have been payable if this Affidavit had not been delivered to ProAssurance.

Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, agreements or limitations of the above numbered policy, other than as above stated.

Dated this 1st day of December, 2022.

_____
Signature

Michael B. McGee
Please Print Name

Sworn to and subscribed to before me this 1st day of December, 2022.

_____
Notary Signature

David F Peterson
Please Print Name

My commission expires Jan 31, 2027

DAVID FREDERICK PETERSON
Notary Public
Minnesota
My Commission Expires
Jan 31, 2027

**EXHIBIT C**